**Exhibit A to the Complaint**

**Location:** Shelton, CT  
**Total Works Infringed:** 24  
**IP Address:** 73.60.197.232  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 914EFF7C00FF5C8DC0F0FA8F0D2E0A63535873E9 | Vixen | 12/20/2018 14:12:43 | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 2 | 02EB612E4E84FB4F12206FF8340EBAE90E20D19B | Vixen | 08/30/2018 13:45:51 | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 3 | 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C | Vixen | 10/25/2018 12:46:36 | 07/23/2018 | 09/05/2018 | PA0002135670 |
| 4 | 06A0AA871C38B22364679C407392C4C580DAB699 | Vixen | 10/25/2018 12:56:27 | 05/19/2018 | 07/14/2018 | PA0002128156 |
| 5 | 132EE60D7C0DC1229C3D3CBD15C56561F8581C2E | Vixen | 10/25/2018 13:02:44 | 11/30/2017 | 01/04/2018 | PA0002097470 |
| 6 | 21E23F7C0BAAC0161DF86A3E07E5545754D8DE25 | Vixen | 10/25/2018 13:10:00 | 04/24/2017 | 06/15/2017 | PA0002037568 |
| 7 | 2C071D5726E41EDE6397DC9647BF1DB9CC406DF1 | Vixen | 10/25/2018 12:56:44 | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 8 | 2CB43429526775645D5837FE2C63CFFB1B0D2802 | Vixen | 10/25/2018 12:45:30 | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 9 | 3BF616A8556DA6801124C26EA864439649D28569 | Vixen | 08/30/2018 13:45:14 | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 10 | 4A9EA24C2A9EC5D1AE5F2CBBA2C197EB621BE95A | Tushy | 10/09/2018 14:49:15 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 11 | 590982CE540169A6C4BFFF339BB1AB34D3899712 | Tushy | 11/08/2018 13:59:19 | 08/24/2018 | 11/01/2018 | PA0002143429 |
| 12 | 63DFE31973E8D9C33E4F6DC4A565B760E78B2463 | Vixen | 10/25/2018 12:52:38 | 12/10/2017 | 01/04/2018 | PA0002097451 |
| 13 | 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670 | Vixen | 10/25/2018 12:56:45 | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 14 | 6CA3C21D5E1D930F7C0ED2D79A08F5B86135729F | Vixen | 10/25/2018 13:24:29 | 03/05/2018 | 04/17/2018 | PA0002116085 |
| 15 | 755B2FD63DC787C4B07EC1D3461F59E10EC33404 | Vixen | 10/25/2018 13:12:01 | 04/19/2018 | 06/19/2018 | PA0002126656 |
| 16 | 7E89946687EC46D42DAA82559216E4396DE1D39C | Vixen | 10/25/2018 13:08:37 | 09/01/2018 | 11/01/2018 | PA0002143431 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 8FEB7B713AAC2A4F8565238C5357FCE88E9CE896 | Vixen | 10/23/2018 12:58:28 | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 18 | A2F12D22A1ED9F23F0499A8DAA8C8F65CAE2A0F7 | Vixen | 10/25/2018 12:50:51 | 04/09/2018 | 06/19/2018 | PA0002126676 |
| 19 | A557EDF2332885E53217D1CE69239C6C4FDCEBD1 | Vixen | 01/03/2019 14:37:35 | 06/28/2018 | 07/26/2018 | PA0002112159 |
| 20 | AE018081CC4330DF8B60E8A2FAC0D579A38C985A | Vixen | 08/30/2018 13:44:44 | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 21 | B9266888029C4F2FE729EC54F40765EDAC6C4DAB | Vixen | 10/25/2018 13:16:53 | 11/15/2017 | 12/04/2017 | PA0002098032 |
| 22 | DE00285CDC5F2F3A2D02D98133147476F144C14D | Vixen | 10/25/2018 12:57:46 | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 23 | FB53F3EECB506F8A44A81683849E6F2D11533EA7 | Vixen | 10/25/2018 13:07:42 | 08/22/2017 | 09/15/2017 | PA0002052852 |
| 24 | FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9 | Vixen | 08/30/2018 13:44:30 | 08/07/2018 | 09/05/2018 | PA0002135684 |